UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**BETH P. GESNER**
**CHIEF UNITED STATES MAGISTRATE JUDGE**
MDD_BPGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288

March 10, 2020

Mark E. Herman, Esq.
William G. Kolodner, PA
14 W. Madison St.
Baltimore, MD 21201

Christopher R. Dunn, Esq.
DeCaro, Doran, Siciliano,
Gallagher & DeBlasis, LLP
17251 Melford Blvd., Ste. 200
Bowie, MD 20715

Subject: Chester v. Walmart, Inc.
Civil No.: BPG-18-3888

Dear Counsel:

This letter confirms and summarizes the results of the pre-trial telephone conference held today.

As discussed during the conference, the parties shall mark and exchange exhibits pursuant to Local Rule 106.7, by no later than **March 13, 2020**. The parties shall provide copies of these exhibits to the court, together with a joint letter defining any remaining issues with respect to the exhibits, by no later than **March 19, 2020**. In addition, plaintiff is directed to provide a final list of witnesses to defendant, by no later than **March 16, 2020**. Finally, this will confirm that the trial in this case will commence on Monday, **March 23, 2020, at 10:00 a.m**. Please report to my chambers at **9:30 a.m. on March 23, 2020**. My chambers will advise you of the courtroom assignment shortly before the trial.

Notwithstanding the informal nature of this letter, it is an Order of the court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
Chief United States Magistrate Judge